IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cv-00467-D

| | | |
|---|---|---|
| CLARENCE ANDREW MCGUFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown on Defendant's motion to stay the Court's order for a discovery plan pending the Court's ruling on Defendant's motion to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6), and with Plaintiff's consent, it is hereby ORDERED that the Court's order for a discovery plan is stayed pending further ruling from this Court.

SO ORDERED. This **21** day of October 2016.

JAMES C. DEVER III
Chief United States District Judge