UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CLARENCE ANDREW MCGUFFIN,  )
        Plaintiff, )
    ) **JUDGMENT IN A CIVIL CASE**
V. ) **CASE NO. 5:16-cv-467-D**
    )
CAROLYN W. COLVIN, )
Acting Commissioner of the Social )
Security Administration, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendant's motion to dismiss [D.E. 5] and DISMISSES plaintiff's complaint as untimely.

**This Judgment Filed and Entered on January 3, 2017, and Copies To:**

Clarence Andrew McGuffin         (Sent to 216 Brandon Ct. Raleigh, NC 27609 via US Mail)

Rudy E. Renfer         (via CM/ECF electronic notification)

DATE:         JULIE RICHARDS JOHNSTON, CLERK
January 3, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk